| Report: CZR0026 v18.0 | 33RD JUDICIAL CIRCUIT<br>MISSISSIPPI<br>CIRCUIT COURT DOCKET SHEET | Date: 23-Mar-2021<br>Time: 9:21:57AM<br>Page: 1 |
|---|---|---|
| **21MI-CV00092** | ANGELA ABNER V CASEY'S GENERAL STORE | **Security Level: 1 Public** |

| **Case Type:** | CC Pers Injury-Other | **Case Filing Date:** | 01-Mar-2021 |
|---|---|---|---|
| **Status:** | Pet Filed in Circuit Ct | | |
| **Disposition:** | | **Disposition Date:** | |

| | | Release/Status Change Date | Reason |
|---|---|---|---|
| Judge | DAVID ANDREW DOLAN (31945) | | |
| Plaintiff | ANGELA SUE ABNER (ABNAS8734) | | |
| REPRESENTED BY: | | | |
| Attorney for Plaintiff | ANDREW R TARRY (53061) | | |
| Defendant | CASEY'S GENERAL STORE (@76157) | | |

| Filing Date | Description |
|---|---|
| 01-Mar-2021 | **Judge Assigned** |
| | **Pet Filed in Circuit Ct** |
| | PETITION. |
| | **Filed By:** ANDREW R TARRY |
| | **On Behalf Of:** ANGELA SUE ABNER |
| | **Filing Info Sheet eFiling** |
| | **Filed By:** ANDREW R TARRY |
| 02-Mar-2021 | **Summons Issued-Circuit** |
| | Document ID: 21-SMCC-65, for CASEY'S GENERAL STORE. |
| | **Service/Attempt Date:** 13-Mar-2021 |
| 22-Mar-2021 | **Certificate of Service** |
| | Certificate of Service - Summons. |
| | **Filed By:** ANDREW R TARRY |
| | **On Behalf Of:** ANGELA SUE ABNER |
| | **Summons Personally Served** |
| | Document ID - 21-SMCC-65;  Served To - CASEY'S GENERAL STORE;  Server - SO MISSISSIPPI CO-CHARLESTON;  Served Date - 13-MAR-21;  Served Time - 00:00:00;  Service Type - Sheriff Department;  Reason Description - Served |
| 23-Mar-2021 | **Correspondence Filed** |
| | Request for copies. |
| | **Correspondence Sent** |
| | Copies sent. |

EXHIBIT A

**21MI-CV00092**

Electronically Filed - Mississippi - March 01, 2021 - 03:42 PM

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, MISSOURI

| | |
|---|---|
| ANGELA ABNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| CASEY'S GENERAL STORE ) | |
| 605 W. Washington St. ) | |
| East Prairie, MO 63845, ) | |
| ) | |
| Defendant. ) | |

## PETITION

COMES NOW, Plaintiff, Angela Abner, by and through her attorney, Andrew R. Tarry of the Tarry Law Firm, L.L.C., for her cause of action against Defendant, Casey's General Store, states and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. This cause of action arose, and the events and injuries herein alleged occurred, at 605 W. Washington St., East Prairie, Missouri.

### CAUSE OF ACTION

2. The Defendant is a benevolent corporation and property owner of said location; organized and existing under the laws of the state and engaged in the business of operating a full-service convenience / general store.

3. At the time of incident, Plaintiff was an approved patron of said convenience / general store.

EXHIBIT A

Electronically Filed - Mississippi - March 01, 2021 - 03:42 PM

4. On or about January 31, 2020, Plaintiff slipped and fell on a "rolled" mat outside of the main entrance / exit upon leaving the establishment.

5. Defendant knew, or by the use of ordinary care should have known, of the dangerous and hazardous condition of the mat outside of the main entrance / exit of their facility.

6. At all times relevant hereto, it remained the duty of Defendant to use ordinary care in the maintenance of said mat / entryway to provide a reasonably safe condition to all patrons of the establishment, free from dangers and hazards; and further required of the Defendant to provide ample notice or warning when such dangerous and hazardous conditions did exist.

7. Defendant breached its duty of care by:

    a. Failing to properly inspect / maintain said condition and/or assure secure placement of said mat directly in front of the main entryway / exit of the establishment.

## DAMAGES

8. As a direct and proximate result of the negligence of Defendant, Plaintiff sustained injuries including, but not limited to, a fracture of the left wrist, requiring surgical repair, multiple contusions and abrasions and substantial scarring.

9. Plaintiff required related EMS emergency medical care and transport by Mississippi County Ambulance District.

10. Plaintiff required related multiple Emergency Medical treatments at Missouri Delta Medical Center Emergency Department.

Electronically Filed - Mississippi - March 01, 2021 - 03:42 PM

11.  Plaintiff required multiple related medical treatments at Missouri Delta Medical Center Express.

12.  Plaintiff required multiple related medical treatments with primary care physician, Dr. Dansby, FNP of Cape Family Medical Clinic, LLC.

13.  Plaintiff required multiple related specialty medical care treatments with Orthopedic Specialist, Dr. Lents, MD of Saint Francis Advanced Orthopedics Specialists.

14.  On or about February 13, 2020, Plaintiff required related Left Wrist Open Reduction Internal Fixation Surgical Repair at Saint Francis Medical Center.

15.  Plaintiff required multiple related medical treatments with primary care physician, Dr. Griesemer, MD of MDMC Charleston Community Care Center.

16.  Plaintiff required related in-home care through Bootheel In-home Care from February 2020 to December 2020.

17.  Plaintiff has suffered related medical expenses in the amount of or exceeding $41,004.79.

18.  Plaintiff's above injuries are and were severe, permanent and progressive in nature, character and extent. Prior to Plaintiff's aforementioned slip and fall accident, said Plaintiff was without said impairments and disability. She has suffered, is suffering and will continue to suffer great physical and mental pain. Plaintiff is physically impaired now and will be in the future.

Electronically Filed - Mississippi - March 01, 2021 - 03:42 PM

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

1. General damages in an amount excess of $25,000.00;

2. Medical and related expenses;

3. Legal fees and costs of this action; *and*

4. Any other and further relief that the court deems proper.

Respectfully Submitted,

TARRY LAW FIRM, L.L.C.

/s/ Andrew R. Tarry
**Andrew R. Tarry – No. 53061**
815 Independence Street
Cape Girardeau, Missouri 63703
Telephone   573-651-8644
Facsimile    573-651-8636
Attorney for Plaintiff

Electronically Filed - Mississippi - March 01, 2021 - 03:42 PM

STATE OF MISSOURI )
) SS.
COUNTY OF CAPE GIRARDEAU )

Angela Abner, being first duly sworn upon her oath, states that she is the Plaintiff named above, and that the facts and matters contained therein are true and correct according to the best of her knowledge, information, and belief.

*Angela Abner*

Angela Abner - Plaintiff

Subscribed and sworn to before me in the county and state above mentioned this 24th day of February, 2021.

*Amanda L Bratton*

Notary Public

AMANDA L BRATTON
Notary Public - Notary Seal
STATE OF MISSOURI
Mississippi County
Commission # 14400581
My Commission Expires: January 19, 2022



## IN THE 33RD JUDICIAL CIRCUIT, MISSISSIPPI COUNTY, MISSOURI

| Judge or Division:<br>DAVID ANDREW DOLAN | Case Number: 21MI-CV00092 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANGELA SUE ABNER<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW R TARRY<br>815 INDEPENDENCE<br>CAPE GIRARDEAU, MO  63701 | |
| Defendant/Respondent:<br>CASEY'S GENERAL STORE | Court Address:<br>P.O. BOX 369<br>CHARLESTON, MO  63834 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** CASEY'S GENERAL STORE
**Alias:**

605 W. WASHINGTON ST.
EAST PRAIRIE, MO  63845

**COURT SEAL OF**

**MISSISSIPPI COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

___MARCH 2, 2021___          ___/S/ JESSICA DRINKWATER___
Date                                  Deputy Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____      _____
                                    Date                    Notary Public

**Sheriff's Fees, if applicable**
Summons                                    $_____
Non Est                                       $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $___10.00___
Mileage                                       $_____ ( _____ miles @ $._____ per mile)
**Total**                                         $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

*Return*

Electronically Filed - Mississippi - March 22, 2021 - 12:31 PM



# IN THE 33RD JUDICIAL CIRCUIT, MISSISSIPPI COUNTY, MISSOURI

| Judge or Division:<br>DAVID ANDREW DOLAN | Case Number: 21MI-CV00092 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANGELA SUE ABNER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW R TARRY<br>815 INDEPENDENCE<br>CAPE GIRARDEAU, MO 63701 | RECEIVED MAR 1 1 2021 |
| Defendant/Respondent:<br>CASEY'S GENERAL STORE | Court Address:<br>P.O. BOX 369<br>CHARLESTON, MO 63834 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CASEY'S GENERAL STORE
**Alias:**
605 W. WASHINGTON ST.
EAST PRAIRIE, MO 63845

COURT SEAL OF
MISSISSIPPI COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_MARCH 2, 2021_    _/S/ JESSICA DRINKWATER_
Date                                Deputy Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____
Served at _605 W. Washington_ (address)
in _Mississippi / East Prairie_ (County/City of St. Louis), MO, on _3/13/21_ (date) at _2040_ (time).

_Patrick Smith_
Printed Name of Sheriff or Server          Signature of Sheriff or Server
Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                          Date                    Notary Public

**Sheriff's Fees, if applicable**
Summons                                    $_____
Non Est                                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $  10.00
Mileage                                     $_____ (_____ miles @ $._____ per mile)
Total                                         $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

356